IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURA HUMPHREY and<br>MONROE HUMPHREY | §<br>§<br>§ | PLAINTIFFS |
| v. | § | Civil No. 1:11CV327-HSO-RHW |
| ABBOTT MEDICAL OPTICS, INC., and<br>X, Y, Z CORPORATIONS | §<br>§<br>§ | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The parties having agreed to a dismissal of this case without prejudice,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiffs' unopposed [30] Motion to Dismiss without prejudice is **GRANTED**, and the above captioned cause is hereby dismissed without prejudice as to all parties.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all remaining pending motions are hereby **DENIED AS MOOT.**

**SO ORDERED** this the 14th day of May, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE